UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARCARE,

                Plaintiff,

        - against -

ADELPHIA SUPPLY USA, INC.,

                Defendant.
-----------------------------------------------------------X

ORDER

16-CV-1786 (ERK) (JO)

JAMES ORENSTEIN, Magistrate Judge:

        Attorney Randall K. Pulliam, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By May 5, 2016, Mr. Pulliam shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Pulliam shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Pulliam shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

        SO ORDERED.

Dated: Brooklyn, New York
       April 28, 2016

                                                                    /s/
                                                JAMES ORENSTEIN
                                                U.S. Magistrate Judge