UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ARCARE d/b/a PARKIN DRUG STORE            JUDGMENT
AND BALD KNOB MEDICAL CLINIC,            16-CV- 1786 (ERK)

                       Plaintiff,

    -against-

ADELPHIA SUPPLY USA, INC.,

                       Defendant.
---------------------------------------------------------X

        An Order of Honorable of Edward R. Korman, United States District Judge, having been filed on March 17, 2017, adopting in its entirety the Report and Recommendation James Orenstein, dated February 21, 2017; awarding Plaintiff $24,000.00 in statutory damages; and directing the Clerk of Court to enter judgment; it is

        ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Arcare d/b/a Parkin Drug Store and Bald Knob Medical Clinic and against Defendant Aldelphia Supply USA, Inc., in the amount of $24,000.00.

Dated: Brooklyn, New York                        Douglas C. Palmer
       March 17, 2017                             Clerk of Court

                                         by:     */s/ Janet Hamilton*
                                                      Deputy Clerk